No. 735. TROUTMAN ET AL., RECEIVERS, v. COMPTON, TRUSTEE. On petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit. April 1, 1935.

The motion to strike the name of Henry B. Troutman from the title of this case is granted. The petition for writ of certiorari herein is denied. Mr. Justice Stone took no part in the consideration or decision of this application. Messrs. *Wm. L. Ransom* and *Robert E. Coulson* for petitioners. *Mr. Hartwell Cabell* for respondent.